UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTY LANDRY,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTORIA'S SECRET STORES, LLC and LIMITED BRANDS, INC.,<br><br>    Defendants. | Civil Action No. 2:19-cv-00423-JAW |

STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 14th day of January 2020

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff

Maine Employee Rights Group
92 Exchange Street 2nd floor
Portland, Maine 04101
Tel. (207) 874-0905
Chad@EmployeeRightsLaw.Attorney


/s/ Benjamin E. Ford
Benjamin E. Ford
Attorney for Defendants

Verrill Dana LLP
One Portland Square
Portland, Maine 04101
Telephone: (207) 253-4828
bford@verrill-law.com

/s/ Adam J. Rocco
Adam J. Rocco
Attorney for Defendants

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Tel. (614) 464-6286
ajrocco@vorys.com

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date:  January 14, 2020                    /s/ Chad T. Hansen
                                           Chad T. Hansen